John G. Ryan (State Bar No. 004607)
Andrew C. Pacheco (State Bar No. 18105)
**RYAN RAPP & UNDERWOOD & PACHECO, P.L.C.**
3200 Central Avenue, Suite 2250
Phoenix, Arizona 85012
Phone: (602) 280-1000
Facsimile: (602) 265-1495
*Counsel for Defendant Forged Metals, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Honeywell International, Inc. a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Forged Metals, Inc. a California corporation,<br><br>Defendant. | No. 2:19-cv-03730-JAT<br><br>**STIPULATED MOTION TO SEAL EXHIBITS TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable James A. Teilborg) |

Pursuant to Local Rule 5.5(d), the parties stipulate and move jointly for an order directing the Clerk to seal certain Exhibits to Defendant Forged Metals' Motion for Summary Judgment due on January 25, 2021.

On May 13, 2020, the Court entered a Protective Order in this matter. (DE 37.) Under the Protective Order, documents properly designated as "CONFIDENTIAL INFORMATION" shall not be disclosed to third parties other than for use in this litigation. (DE 37 at ¶ 5.) Likewise, the Protective Order provides that all information designated as

1

"EXPORT CONTROLLED INFORMATION" will be considered "CONFIDENTIAL INFORMATION." (*Id.* at ¶ 11.)

In accordance with the terms of the Protective Order, Plaintiff, Honeywell International, Inc. designated Exhibits 21 and 22 as "EXPORT CONTROLLED INFORMATION" because they contain technical information related to a military aircraft engine. Likewise, portions of Exhibit 18, the Expert Rebuttal Report of Thomas A. Wagner, and portions of Exhibit 19, the transcript of the deposition of John Hill, discuss these Exhibits containing "EXPORT CONTROLLED INFORMATION."

These documents may not be filed publicly because doing so would amount to exporting and/or releasing them, in violation of federal law. *See* 22 U.S.C. § 2778 (prohibiting unlicensed export of defense articles and services"); 22 C.F.R. §§ 120.17, 120.50 (defining "export" and "release"). Accordingly, the parties seek leave to file these Exhibits under seal. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (parties may file documents under seal for compelling reasons); *Ctr. for Auto Safety v. Chrysler Group LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016) (same). The duration of the requested sealing is the duration of the litigation in this case. Upon termination of the case, Plaintiffs request that the documents filed under seal be returned to them. Accordingly, the parties respectfully request that the Court enter an Order directing the Clerk to seal Exhibits 20 and 21 and the Confidential pages of Exhibits 18 and 19 to Defendant Forged Metals' Motion for Summary Judgment.

A proposed form of order accompanies this Stipulated Motion.

**RESPECTFULLY SUBMITTED** this 25th day of January, 2021.

By /s/ Laurie Uustal Mathews
Derek E. León
Laurie Uustal Mathews
**León Cosgrove, LLP**
255 Alhambra Circle, 8th Floor
Miami, FL 33134
dleon@leoncosgrove.com
lmathews@leoncosgrove.com

John G. Ryan, Esq.
**RYAN RAPP UNDERWOOD & PACHECO, P.L.C.**

Attorneys for Defendant Forged Metals, Inc.

By s/ Joshua D. Bendor
David B. Rosenbaum
Joshua D. Bendor
Travis C. Hunt
**OSBORN MALEDON, P.A.**
2929 North Central Avenue, Suite 2100
Phoenix, Arizona 85012-2793

Attorneys for Plaintiff